**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PATRICIA KING, and ERIC GIL,**

       **Plaintiffs,**

**-vs-**                                                  **Case No. 6:06-cv-435-Orl-22JGG**

**MY ONLINE NEIGHBORHOOD, INC.,**

       **Defendant.**
_____

**ORDER**

This cause is before the Court on Joint Motion for Approval of Settlement Agreements (Doc. No. 55) filed on January 18, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 20, 2007 (Doc. No. 61) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreements (Doc. No. 55) is **GRANTED**.

3. The Settlement Agreements reached by the parties (Doc. Nos. 53-2, 53-3) are hereby **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 7, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party